❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>Information associated with Facebook account<br>https://www.facebook.com/see.songkham.3<br>maintained by Meta Platforms, Inc. | )<br>)<br>)   Case No.   22-836M(NJ)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Eastern _____ District of _____ Wisconsin _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ 3/1/22 _____ *(not to exceed 14 days)*
❏ ⌧ in the daytime 6:00 a.m. to 10:00 p.m.     ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Nancy Joseph _____ .
*(United States Magistrate Judge)*

⌧ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ⌧ until, the facts justifying, the later specific date of _____ 08/14/2022 _____ .

Date and time issued:   2/15/22 @ 11:29 a.m. _____

*Judge's signature*

City and state:   Milwaukee, Wisconsin _____          Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**
**Property to Be Searched**

This warrant applies to information associated with Facebook account name https://www.facebook.com/see.songkham.3 having Facebook user id: 100004800817140 that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. (d/b/a "Facebook"), a company headquartered in Menlo Park, California.

**ATTACHMENT B**

**Particular Things to be Seized**

I.      **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. (d/b/a "Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta Platforms, Inc. (d/b/a "Facebook"), or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

a.      All contact and personal identifying information, including for **Facebook account name https://www.facebook.com/see.songkham.3 having Facebook user id: 100004800817140:** full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

b.      All activity logs for the account and all other documents showing the user's posts and other Facebook activities **from December 1, 2021 to February 15, 2022**;

c.      All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them **from December 1, 2021 to February 15, 2022** including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

d.      All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including

the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Meta Platforms, Inc. (d/b/a "Facebook") applications;

e.    All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

f.    All other records and contents of communications and messages made or received by the user **from December 1, 2021 to February 15, 2022,** including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

g.    All "check ins" and other location information (to include GPS, Latitude, Longitude, or other location data by whatever mechanism or terminology) including any data collected by Meta Platforms, Inc.'s (d/b/a "Facebook") location services via the user's mobile phone or other device;

h.    All IP logs, including all records of the IP addresses that logged into the account;

i.    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

j.    All information about the Facebook pages that the account is or was a "fan" of;

k.    All past and present lists of friends created by the account;

2

l.      All records of Facebook searches performed by the account **from December 1, 2021 to February 15, 2022;**

m.      All information about the user's access and use of Facebook Marketplace;

n.      The types of service utilized by the user;

o.      The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

p.      All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

q.      All records pertaining to communications between Meta Platforms, Inc. (d/b/a "Facebook") and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta Platforms, Inc. (d/b/a "Facebook") is hereby ordered to disclose the above information to the government within **14 DAYS** of service of this warrant.

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of a violation of Title 18, United States Code, Section 3146 involving **Khamphanh Phakousonh** since **December 1, 2021**, including, for the user ID identified on Attachment A, information pertaining to the following matters:

(a) The whereabouts of Khamphanh Phakousonh.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

4

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   22-836M(NJ) |
| Information associated with Facebook account https://www.facebook.com/see.songkham.3 maintained by Meta Platforms, Inc. | ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Eastern _____ District of _____ Wisconsin _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 3146 | Failure to surrender for service of sentence |

The application is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

☑ Delayed notice of  180  days *(give exact ending date if more than 30 days:*   08/14/2022  *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kevin Smith, Deputy U.S. Marshal
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone                                             *(specify reliable electronic means).*

Date:   2/15/22
_____
*Judge's signature*

City and state:  Milwaukee, Wisconsin

Nancy Joseph, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Kevin Smith, a Deputy with the U.S. Marshals Service, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I make this affidavit in support of an application for a search warrant for information associated with Facebook account name https://www.facebook.com/see.songkham.3 having Facebook user id: 100004800817140 (the "SUBJECT ACCOUNT") that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. (d/b/a "Facebook") headquartered in San Francisco, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A), to require Meta Platforms, Inc. (d/b/a "Facebook") to disclose to the government records and other information in its possession, including the contents of communications, pertaining to the subscriber or customer associated with the SUBJECT ACCOUNT.

2.      I am a Deputy with the U.S. Marshals Service and have been since March 2021. As part of my duties, I investigate violations of federal and state laws, including those relating to fugitives.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

3.      This affidavit is based upon my personal knowledge and upon information reported to me by other federal and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

4. Because this affidavit is submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of Title 18, United States Code, Section 3146 (failure to surrender for service of sentence) has been committed by Khamphanh Phakousonh. There is also probable cause to search the SUBJECT ACCOUNT for information described in Attachment A for evidence of this crime and items to be seized listed in Attachment B.

## Probable Cause

6. The United States government, including the USMS, is investigating a violation of Title 18, United States Code, Section 3146 committed by Khamphanh Phakousonh.

7. On April 16, 2019, Phakousonh was indicted in the Eastern District of Wisconsin (Case No. 19-CR-69) on four counts. Count one charged Phakousonh with knowingly and intentionally distributing a schedule II controlled substance, involving 50 grams or more of methamphetamine, in violation of Title 21, United States Code, 841(a)(1) and 841(b)(1)(A)(viii). Count two charged Phakousonh with knowingly and intentionally possessing with intent to distribute a schedule I controlled substance, involving less than 50 kilograms of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D). Count three charged Phakousonh with knowingly possessing a firearm in furtherance of the drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i). Count four charged Phakousonh with knowingly possessing a firearm as a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

2

8.     On July 10, 2019, an order setting conditions of release for Phakousonh was signed by a U.S. Magistrate Judge Nancy Joseph. Conditions of release included that Phakousonh appear at all future court appearances, comply with sex offender requirements, and comply with conditions of release from ICE.

9.     On December 17, 2019, Phakousonh entered a guilty plea and was adjudged guilty on counts one and three of the indictment.

10.    On September 4, 2020, Phakousonh was sentenced to 120 months of imprisonment, followed by four years of supervised release, by U.S. District Judge Lynn Adelman. As part of the judgment, Phakousonh was required to "surrender for service of sentence at the institution designated by the Bureau of Prisons, as notified by the Probation or Pretrial Services Office." Phakousonh failed to surrender.

11.    On June 25, 2021, U.S. District Judge Brett Ludwig issued an arrest warrant for Phakousonh for violating conditions of pretrial in violation of Title 18, United States Code, Section 3148.

12.    On or about September 10, 2021, Phakousonh's case was profiled on a local TV segment of "Wisconsin's Most Wanted." An anonymous caller stated that Phakousonh was living near Barstow, California.

13.    On or about January 4, 2022, Deputy U.S. Marshal Benjamin Grams learned that a Facebook account posted pictures and a video of a person believed to be Phakousonh on December 30, 2021.  Upon comparing the Facebook pictures and video with the mugshot of Phakousonh from the Eastern District of Wisconsin, Phakousonh appears to be in those Facebook pictures and video.  The pictures were not posted in a manner that allows the public to view them without access granted by the account holder. The Facebook account has a username of See Bounyasane and a

3

birthday of February 12, 1978 (i.e., the SUBJECT ACCOUNT). See Bounyasane is also known as Sysongkham Bounyasane. Upon reviewing the publicly-accessible portions of the SUBJECT ACCOUNT, among the account user's listed "friends" are members of Phakousonh's family, including Samarn Phrakousonh, who owns the home used as Phakousonh's listed residence as a sex offender and for his pre-trial release in Case No. 19-CR-69.

14.     Record checks revealed that Sysongkham Bounyasane's true name is Sisongkham Bounyasan. Bounyasan has a Wisconsin Driver's License with an associated address of 7737 W. Denver Ave. Milwaukee, WI and a California Driver's License with an associated address of 38590 Hacienda Dr. Newberry Springs, CA. Newberry Springs is approximately 20 miles from Barstow, California. The person depicted in the Wisconsin driver's license image for Sisongkham Bounyasan appears to be the same person who is the user for the SUBJECT ACCOUNT. The California driver's license image for Sisongkham Bounyasan is unviewable. In August 2015, the San Bernardino Sheriff's Office arrested or cited a group of individuals, including Bounyasan, for offenses involving the seizure of 170 pounds of processed marijuana, a pound of methamphetamine, psychedelic mushrooms, and three guns,[1] which is similar to the illicit activity underlying Phakousonh's indictment in Case No. 19-CR-69.

15.     From my review of publicly available information provided by Meta Platforms, Inc. (d/b/a "Facebook") about its service, including Meta Platforms, Inc.'s (d/b/a "Facebook") "Privacy Policy," I am aware of the following about Meta Platforms, Inc. (d/b/a "Facebook") and about the information collected and retained by Meta Platforms, Inc. (d/b/a "Facebook").

---

[1] https://amp.vvdailypress.com/amp/33585349007

16.    Meta Platforms, Inc. (d/b/a "Facebook") owns and operates a free-access social-networking website called "Facebook" that can be accessed at http://www.facebook.com. Facebook allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and other information.  Users can access Facebook through the Facebook website or by using a special electronic application ("app") created by the company that allows users to access the service through a mobile device.

17.    Meta Platforms, Inc. (d/b/a "Facebook") permits users to post photos to their profiles on Facebook and otherwise share photos with others on Facebook, as well as certain other social-media services, including Flickr, Instagram, and Twitter.  When posting or sharing a photo on Facebook, a user can add to the photo: a caption; various "tags" that can be used to search for the photo (e.g., a user made add the tag #vw so that people interested in Volkswagen vehicles can search for and find the photo); location information; and other information.  A user can also apply a variety of "filters" or other visual effects that modify the look of the posted photos.  In addition, Facebook allows users to make comments on posted photos, including photos that the user posts or photos posted by other users of Facebook.  Users can also "like" photos.

18.     Upon creating a Facebook account, a Facebook user must create a unique Facebook username and an account password.  This information is collected and maintained by Meta Platforms, Inc. (d/b/a "Facebook").

19.    Meta Platforms, Inc. (d/b/a "Facebook") asks users to provide basic identity and contact information upon registration and also allows users to provide additional identity information for their user profile. This information may include the user's full name, e-mail addresses, and phone numbers, as well as potentially other personal information provided directly by the user to Meta Platforms, Inc. (d/b/a "Facebook").  Once an account is created, users may

5

also adjust various privacy and account settings for the account on Facebook. Meta Platforms, Inc. (d/b/a "Facebook") collects and maintains this information.

20. Facebook allows users to have "friends," which are other individuals with whom the user can share information without making the information public. Friends on Facebook may come from either contact lists maintained by the user, other third-party social media websites and information, or searches conducted by the user on Facebook profiles. Meta Platforms, Inc. (d/b/a "Facebook") collects and maintains this information.

21. Facebook also allows users to "follow" another user, which means that they receive updates about posts made by the other user. Users may also "unfollow" users, that is, stop following them or block them, which prevents the blocked user from following that user.

22. Facebook allow users to post and share various types of user content, including photos, videos, captions, comments, and other materials. Meta Platforms, Inc. (d/b/a "Facebook") collects and maintains user content that users post to Facebook or share through Facebook.

23. Facebook users may send photos and videos to select individuals or groups via Facebook directly. Information sent via Facebook directly does not appear in a user's feed, search history, or profile.

24. Users on Facebook may also search Facebook for other users or particular types of photos or other content.

25. For each Facebook user, Meta Platforms, Inc. (d/b/a "Facebook") also collects and retains information, called "log file" information, every time a user requests access to Facebook, whether through a web page or through an app. Among the log file information that Meta Platforms, Inc.'s (d/b/a "Facebook") servers automatically record is the particular web requests, any Internet Protocol ("IP") address associated with the request, type of browser used, any

6

referring/exit web pages and associated URLs, pages viewed, dates and times of access, and other information.

26.     Meta Platforms, Inc. (d/b/a "Facebook") also collects and maintains "cookies," which are small text files containing a string of numbers that are placed on a user's computer or mobile device and that allows Meta Platforms, Inc. (d/b/a "Facebook") to collect information about how a user uses Facebook. For example, Meta Platforms, Inc. (d/b/a "Facebook") uses cookies to help users navigate between pages efficiently, to remember preferences, and to ensure advertisements are relevant to a user's interests.

27.     Meta Platforms, Inc. (d/b/a "Facebook") also collects information on the particular devices used to access Facebook. In particular, Meta Platforms, Inc. (d/b/a "Facebook") may record "device identifiers," which includes data files and other information that may identify the particular electronic device that was used to access Facebook.

28.     Meta Platforms, Inc. (d/b/a "Facebook") also collects other data associated with user content. For example, Meta Platforms, Inc. (d/b/a "Facebook") collects any "hashtags" associated with user content (i.e., keywords used), "geotags" that mark the location of a photo and which may include latitude and longitude information, comments on photos, and other information. Meta Platforms, Inc. (d/b/a "Facebook") also may communicate with the user, by email or otherwise. Meta Platforms, Inc. (d/b/a "Facebook") collects and maintains copies of communications between Meta Platforms, Inc. (d/b/a "Facebook") and the user.

29.     On January 5, 2022, I served Meta Platforms, Inc. (d/b/a "Facebook") with a preservation request pursuant to 18 U.S.C. § 2703(f), requiring Meta Platforms, Inc. (d/b/a "Facebook") to preserve all information associated with the SUBJECT ACCOUNT.

30.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's account activity, IP log, stored electronic communications, and other data retained by Meta Platforms, Inc. (d/b/a "Facebook"), can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, direct messaging logs, shared photos and videos, and captions (and the data associated with the foregoing, such as geo-location, date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Meta Platforms, Inc. (d/b/a "Facebook") logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to Phakousonh. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to Phakousonh may help to identify his current whereabouts, as he is a fugitive, which may lead to his arrest. Additionally, Meta Platforms, Inc. (d/b/a "Facebook") builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under

investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

31.     Based on the information above, the computers of Meta Platforms, Inc. (d/b/a "Facebook") are likely to contain all the material described above with respect to the SUBJECT ACCOUNT, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, which would include information such as the IP addresses and devices used to access the account, as well as other account information that might be used to identify the actual user or users of the account at particular times.

### Information To Be Searched And Things To Be Seized

32.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular Title 18, United States Code, Sections 2703(a), (b)(1)(A), and (c)(1)(A), by using the warrant to require Meta Platforms, Inc. (d/b/a "Facebook") to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

### CONCLUSION

33.     Based on the forgoing, I request that the Court issue the proposed search warrant.

34.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) &

9

(c)(1)(A).  Specifically, the Court is a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

35.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## **REQUEST FOR SEALING**

36.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

10

**<u>ATTACHMENT A</u>**
**Property to Be Searched**

This warrant applies to information associated with Facebook account name https://www.facebook.com/see.songkham.3 having Facebook user id: 100004800817140 that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. (d/b/a "Facebook"), a company headquartered in Menlo Park, California.

**ATTACHMENT B**

**Particular Things to be Seized**

I.    **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. (d/b/a "Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta Platforms, Inc. (d/b/a "Facebook"), or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

a.    All contact and personal identifying information, including for **Facebook account name https://www.facebook.com/see.songkham.3 having Facebook user id: 100004800817140:** full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

b.    All activity logs for the account and all other documents showing the user's posts and other Facebook activities **from December 1, 2021 to February 15, 2022**;

c.    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them **from December 1, 2021 to February 15, 2022** including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

d.    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including

the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Meta Platforms, Inc. (d/b/a "Facebook") applications;

e.      All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

f.      All other records and contents of communications and messages made or received by the user **from December 1, 2021 to February 15, 2022,** including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

g.      All "check ins" and other location information (to include GPS, Latitude, Longitude, or other location data by whatever mechanism or terminology) including any data collected by Meta Platforms, Inc.'s (d/b/a "Facebook") location services via the user's mobile phone or other device;

h.      All IP logs, including all records of the IP addresses that logged into the account;

i.      All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

j.      All information about the Facebook pages that the account is or was a "fan" of;

k.      All past and present lists of friends created by the account;

2

l.    All records of Facebook searches performed by the account **from December 1, 2021 to February 15, 2022;**

m.    All information about the user's access and use of Facebook Marketplace;

n.    The types of service utilized by the user;

o.    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

p.    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

q.    All records pertaining to communications between Meta Platforms, Inc. (d/b/a "Facebook") and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta Platforms, Inc. (d/b/a "Facebook") is hereby ordered to disclose the above information to the government within **14 DAYS** of service of this warrant.

3

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of a violation of Title 18, United States Code, Section 3146 involving **Khamphanh Phakousonh** since **December 1, 2021**, including, for the user ID identified on Attachment A, information pertaining to the following matters:

    (a)  The whereabouts of Khamphanh Phakousonh.

    (b)  Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

    (c)  Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

    (d)  The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).